Same case below, 655 F.3d 114.

**No. 11-7492. Michael Kokoski, Petitioner v. United States.**

565 U.S. 1133, 132 S. Ct. 1054, 181 L. Ed. 2d 774, 2012 U.S. LEXIS 22.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 435 Fed. Appx. 472.

**No. 11-7493. Juan Juarez, Petitioner v. United States.**

565 U.S. 1133, 132 S. Ct. 1054, 181 L. Ed. 2d 774, 2012 U.S. LEXIS 173.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 654 F.3d 753 and 436 Fed. Appx. 639.

**No. 11-7494. Kenneth E. Fink, Petitioner v. Perry Phelps, Warden, et al.**

565 U.S. 1133, 132 S. Ct. 1055, 181 L. Ed. 2d 774, 2012 U.S. LEXIS 235.

January 9, 2012. Petition for a writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 448 Fed. Appx. 258.

**No. 11-7496. Edward Dickey, Petitioner v. United States.**

565 U.S. 1133, 132 S. Ct. 1055, 181 L. Ed. 2d 774, 2012 U.S. LEXIS 314.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 449 Fed. Appx. 290.

**No. 11-7498. Richard Potts, Petitioner v. United States.**

565 U.S. 1133, 132 S. Ct. 1055, 181 L. Ed. 2d 774, 2012 U.S. LEXIS 90.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-7502. Paul Blinkinsop, Petitioner v. United States.**

565 U.S. 1133, 132 S. Ct. 1055, 181 L. Ed. 2d 774, 2012 U.S. LEXIS 60.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 606 F.3d 1110.

**No. 11-7507. Terrence Graves, Petitioner v. United States.**

565 U.S. 1133, 132 S. Ct. 1055, 181 L. Ed. 2d 774, 2012 U.S. LEXIS 64.

January 9, 2012. Petition for a writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-7511. Steven D. Green, Petitioner v. United States.**

565 U.S. 1133, 132 S. Ct. 1056, 181 L. Ed. 2d 774, 2012 U.S. LEXIS 366.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 654 F.3d 637.